UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-22621-CIV-MORENO

MARIO ECHEVARRIA, individually and on
behalf of all others similarly situated,

        Plaintiff,

vs.

EXPEDIA, INC., HOTELS.COM L.P.,
HOTELS.COM GP, LLC, ORBITZ, LLC,
BOOKING.COM B.V., and BOOKING
HOLDINGS INC.,

        Defendants.
_____/

## ORDER SETTING ORAL ARGUMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Partial Class Certification (**D.E. 166**), filed on **March 20, 2024**. It is

**ADJUDGED** that oral argument shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **June 11, 2024 at 11:00 AM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th of May 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record